**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2005-R4CGM under the Pooling and Serving Agreement dated as May 01, 2005 without recourse, Respondent,

v.

Vandora M. Huggins-Edwards a/k/a Vandora H. Edwards; Sylvia Anne Lawrence a/k/a Sylviatte Anne Lawrence; Glenn M. Huggins; Michael Huggins; Donnell Huggins, Samuel Huggins; Ira Huggins a/k/a Ira S. Huggins; Derwin Huggins; Andrean Huggins Cotton a/k/a Adrianne Huggins Cotton; Sharon H. Smack, Dewayne Dixon; Kimberly Nelms; Timothy Nelms; Jennifer Nelms; Michael A. Brown; Demetrius Huggins Nelms, a minor, Darius Simmons, a minor; Dondre Simmons, a minor; Reginald Huggins; Joseph Huggins; Heather Huggins; Barbara Huggins; any other Heirs-at-Law or Devisees of Ricky Henry Huggins, Deceased, their heirs, Personal Representatives, Administrators, Successors and Assigns, and all other persons entitled to claim through them; any other Heirs-at-Law or Devisees of Henry Buster Huggins, Jr., Deceased, their heirs, Personal Representatives, Administrators, Successors and Assigns, and all other persons entitled to claim through them; any other Heirs-at-Law or Devisees of Michelle Huggins, Deceased, their heirs, Personal Representatives, Administrators, Successors and Assigns, and all other persons entitled to claim through them; any other Heirs-at-Law or Devisees of Buster Huggins, Sr., Deceased,

their heirs, Personal Representatives, Administrators, Successors and Assigns, and all other persons entitled to claim through them; all unknown persons with any right, title or interest in the real estate described herein; also any persons who may be in the military service of the United States of America, being a class designated as John Doe; and any unknown minors or persons under a disability being a class designated as Richard Roe; South Carolina Department of Revenue; Safeway Finance; Ford Motor Credit Company; General Motors Acceptance Corporation; White Directory Holdings Carolina, Inc. d/b/a The Talking Phone Book; Monogram Credit Card Bank of Georgia; Michael Twitty; Deborah Twitty; the United States of America, by and through its agency, the Internal Revenue Service; and John C. Bigler, Defendants,

Of Whom Vandora M. Huggins-Edwards a/k/a Vandora H. Edwards is the Appellant.

Appellate Case No. 2012-212524

———————

Appeal From Charleston County
Mikell R. Scarborough, Master-in-Equity

———————

Unpublished Opinion No. 2015-UP-383
Submitted June 1, 2015 – Filed July 29, 2015

———————

**AFFIRMED**

———————

Vandora M. Huggins-Edwards, of Charleston, pro se.

Sean Matthew Foerster, of Rogers Townsend & Thomas, PC, of Columbia, for Respondent.

———————

**PER CURIAM:** Vandora M. Huggins-Edwards appeals an order of the master-in-equity (1) quieting title to the subject property, (2) granting Deutsche Bank a foreclosure judgment with a deficiency judgment against Huggins-Edwards, and (3) granting Deutsche Bank attorney's fees. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *S.C. Dep't of Transp. v. M & T Enters. of Mt. Pleasant, LLC*, 379 S.C. 645, 658, 667 S.E.2d 7, 14 (Ct. App. 2008) ("It is well settled that an issue must have been raised to and ruled upon by the trial court to be preserved for appellate review."); *Summersell v. S.C. Dep't of Pub. Safety*, 337 S.C. 19, 22, 522 S.E.2d 144, 145-46 (1999) (providing a party must file an appropriate post-trial motion to preserve an issue for appellate review that is not explicitly ruled on).

**AFFIRMED.**[1]

**SHORT, LOCKEMY, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.